

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
2:01 pm, 12/13/22
U.S. Magistrate Judge

| | |
|---|---|
| NATHAN CHRISTIAN,<br><br>        Plaintiff,<br><br>v.<br><br>LOYAKK, INC., LOYAKK LTD., SALIM ALI, AND SADIQ QUASIM<br><br>        Defendants. | Civil Action No. 2:22-cv-215 |

**PLEASE TAKE NOTICE,** that upon reading and filing of Plaintiff's Motion for Alternative Service as to Loyakk, Ltd. via service upon Salim Ali, Sadiq Quasim, or the Wyoming Secretary of State, dated December 9, 2022, the exhibits annexed thereto and upon all of the prior papers filed in this matter (the "Motion"), this Court GRANTS the Motion as follows:

IT IS HEREBY ORDERED THAT:

1. Plaintiff is permitted to serve process upon Salim Ali. Sadiq Quasim, or the Wyoming Secretary of State on behalf on Loyakk Ltd. pursuant to Fed. R. Civ. Proc. 4(f)(3);

2. Plaintiff shall file proof of service upon the Wyoming Secretary of State with this Court no later than 5 days following entry of this Order; and

3. Loyakk Ltd. shall have 21 days from the date of service of process to answer or otherwise respond to the Complaint.

Dated this 13th day of December, 2022.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE