Crystal J. McDonough, Esq.
Wyoming Attorney No: 7-4927
Scott Slawson, Esq.
Wyoming Attorney No: 8-6609
**MCDONOUGH LAW GROUP**
1635 Foxtrail Drive
Loveland, CO 80538
Phone: (970) 776-3311
Email: crystal@mcdonoughlawgroup.com
         scott@mcdonoughlawgroup.com
Attorneys for Defendants Loyakk Inc. and Salim Ali

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING (CHEYENNE)

| | |
|---|---|
| **NATHAN CHRISTIAN,**<br><br>                      Plaintiff,<br>v.<br><br>**LOYAKK, INC.,** *et al.*<br><br>                      Defendants. | Civil Action No. 1:22-cv-215<br><br>**MOTION FOR LEAVE TO WITHDRAW COUNSEL** |

Pursuant to D.C.WY.LAttyR 84.3(b), undersigned counsel for Defendants LOYAKK, INC. and SALIM ALI hereby files this motion for leave to withdraw as counsel.

1. Scott Slawson and Crystal J. McDonough, of McDonough Law Group request that this Court allow them to withdraw as counsel of record for LOYAKK, INC. and SALIM ALI.

2. Good cause exists in that LOYAKK, INC. and SALIM ALI have each agreed to terminate the representation effective February 27, 2023.

3. A copy of this motion is concurrently served on LOYAKK, INC. and SALIM ALI as well as counsel of record for the other parties.

4. LOYAKK, INC. and SALIM ALI are admonished that they are personally responsible for complying with all deadlines and orders of the Court and time limitations of the Local Rules and Federal Rules of Civil Procedure.

5. Undersigned counsel has contacted opposing counsel who does not object to this motion.

Respectfully submitted February 27, 2023.

/s/ Scott Slawson
Scott Slawson, Wyoming Attorney No: 8-6609
Crystal J. McDonough, Wyoming Attorney No: 7-4927
MCDONOUGH LAW GROUP
1635 Foxtrail Drive
Loveland, CO 83538
Tel: 970-999-0179
Office: 970-776-3311
scott@mcdonoughlawgroup.com
crystal@mcdonoughlawgroup.com

*Attorneys for Defendants LOYAKK, INC., and SALIM ALI*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Monday, February 27, 2023, a true and correct copy of the foregoing document was sent by USPS First Class Mail, postage prepaid (**and** sent via overnight mail on Tuesday, February 28, 2023) to the following :

Salim Ali
1362 Pauline Drive
Sunnyvale, CA 94087
Email:  salimali@gmail.com

Loyakk, Inc.
1362 Pauline Drive
Sunnyvale, CA 94087

                                              */s/Ghandia Johnson*
                                                  Ghandia Johnson, Paralegal
                                            **MCDONOUGH LAW GROUP**